UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
|    Jason Robert Harvey | ) | |
| | ) | Case No. 16-12022-whd |
| | ) | |
|    Debtor. | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | | |
| | ) | |
| Jason Robert Harvey | ) | |
| | ) | |
| | ) | |
|    Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CC Financing LLC | ) | |
| | ) | |
| RESPONDENT | ) | |

**DEBTOR'S MOTION TO AVOID JUDICIAL LIEN**

COME NOW, the Debtor in the above-styled action and shows to the Court the following:

1.

The Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on or about October 6, 2016.

2.

This contested matter is filed by the Debtor under 11 U.S.C. Section 522 (f) to avoid a judicial lien held by Respondent.

3.

The Respondent obtained a judgment against the Debtor prior to their filing the instant

case. The amount of the judgment is approximately $206,615.00. This judgment impairs property which would otherwise be exempt under 11 USC 522 et seq.

WHEREFORE, Debtor moves this Court under 11 U.S.C. Section 522(f) to rule that judicial liens that impair the Debtor's exemptions are void and of no effect, that the Debtor be allowed to remain in possession of and have clear title to all exempt property and for such other relief as this Court deems just and proper.

Respectfully submitted this 2nd day of November, 2016.

_____/s/_____
Nicole McAllister, Georgia Bar No. 653207
Attorney for Debtor
2250 North Druid Hills Road
Suite 131
Atlanta, GA 30329

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
|     Jason Robert Harvey | ) | |
| | ) | Case No. 16-12022-whd |
| | ) | |
|     Debtor. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| | ) | |
|     Jason Robert Harvey | ) | |
| | ) | |
| | ) | |
|     Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
|     CC Financing LLC | ) | |
| | ) | |
|     RESPONDENT | ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

    NOTICE IS HEREBY GIVEN that a motion to avoid lien on exempt property pursuant to 11 U.S.C. 522 has been filed in the above styled case on or about November 2, 2016.

    NOTICE IS FURTHER GIVEN that, pursuant to Local Rule 6008-2 NDGa, the Respondent must file a response to the motion within 21 days after service, exclusive of the day of service , and serve a copy of same on Debtor's Attorney.  In the event that no response is timely filed and served, then the Bankruptcy Court may enter an order granting the relief sought.

    Dated and served this 2nd day of November, 2016.


                                               ____/s/_____
                                               Nicole McAllister, Bar No. 653207

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
|    Jason Robert Harvey | ) | |
| | ) | Case No. 16-12022-whd |
| | ) | |
|    Debtor. | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | | |
| | ) | |
|    Jason Robert Harvey | ) | |
| | ) | |
| | ) | |
|    Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
|    CC Financing LLC | ) | |
| | ) | |
|    RESPONDENT | ) | |

## Certificate of Service

The undersigned hereby certifies that the below listed parties have been served with a true and correct copy of the attached pleadings by placing copies of same in a properly addressed envelope with adequate postage thereon and depositing same in the United States Mail.

This 2nd day of November, 2016.

_____/s/_____
Nicole McAllister, Georgia Bar No. 653207
Attorney for Debtor
2250 North Druid Hills Road
Suite 131
Atlanta, GA 30329

Served:

Jason Robert Harvey
15 Henley Lane
Newnan, GA 30263

Griffin E. Howell, III
Griffin E. Howell III & Associates, Ltd
127 1/2 East Solomon Street
PO Box 551
Griffin, GA 30224

*U.S. Trustee*
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Dr., SW
Atlanta, GA 30303

CC Financing LLC
C/o Patrick R Norris
1180 W Peachtree St Ste 2450
Atlanta, GA 30309

David Kyle Cooper
1860 Sandy Plains Rd
Suite 204-115
Marietta, GA 30066
Registered Agent